IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION;
KHRISTINA VILLANI; and
FLORENCE VIANZON,

     Plaintiffs,

v.

CITY OF AURORA, COLORADO,

     Defendant.

---

## **ORDER**

---

     Plaintiffs filed a Notice of Dismissal on August 30, 2006.  That Notice dismisses Plaintiff Khristina Villani as a Plaintiff in this case pursuant to Fed. R. Civ. P. 41(a)(1). In accordance with that Notice, it is

     ORDERED that Plaintiff Khristina Villani is hereby **DISMISSED** from this matter, and shall hereafter be taken off the caption.

     Dated:  September 1, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge