IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion to Compel** [Doc. # 17, filed 2/12/2007]. I held a hearing on the Motion to Compel yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART AS FOLLOWS:

GRANTED to require a response (i) to Production Request No. 1(a) only to the extent that it requests the production of "all materials relied upon to pass 14-75; and (ii) to Production Request No. 1(b). Responsive documents shall be produced on or before **March 26, 2007**; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the parties shall confer and on or before **March 26, 2007**, submit a motion with all proposed changes to the case schedule.

Dated March 15, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge