IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Defendant's **Motion for Protective Order and Motion to Quash Subpoena Duces Tecum** [Doc. # 30, filed 4/12/2007] (the "Motion for Protective Order"); and

(2) Defendant's **Motion to Withdraw Motion for Protective Order and Motion to Vacate May 17, 2007 Hearing** [Doc. # 37, filed 4/30/2007] (the "Motion to Withdraw Motion for Protective Order").

In their response, the plaintiffs argue that the defendant acted in bad faith in filing the Motion for Protective Order and seeks an award of its attorney's fees incurred "related to the protective order" and an extension of the discovery cut-off. *Plaintiffs' Response [etc.]* [Doc. # 36, filed 4/30/2007] at ¶2.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

The plaintiffs acted unreasonably in connection with the Motion for Protective Order. They filed their *Response* <u>after</u> the defendant informed them that the defendant would withdraw its Motion for Protective Order, and the plaintiffs' Response necessitated today's hearing. In addition, the plaintiffs improperly seek affirmative relief in their response, in violation of D.C.COLO. LCivR 7.1C.

IT IS ORDERED that the Motion for Protective Order is DENIED as moot.

IT IS FURTHER ORDERED that the Motion to Withdraw Motion for Protective Order is GRANTED insofar as it seeks to withdraw the Motion for Protective Order and DENIED as moot insofar as it seeks to vacate the hearing held this morning.

IT IS FURTHER ORDERED that the plaintiffs' request for sanctions and to extend the discovery period is DENIED.

Dated May 17, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge