IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Miscellaneous Ex Parte Motion By Plaintiffs to Extend Discovery Cutoff** [Doc. # 51, filed 7/31/2007] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED solely to allow the plaintiffs to depose Molly Market and is DENIED in all other respects.

IT IS FURTHER ORDERED that the parties shall confer and notify me on or before **August 31, 2007**, of the date, time, and place of Ms. Market's deposition or, if no agreement can be reached, the plaintiffs shall file a motion to compel that deposition, and I will set the date, time, and place of the deposition.  The deposition of Ms. Market shall occur, if at all, on or before October 1, 2007.

IT IS FURTHER ORDERED that no additional extensions of the discovery cut-off will be allowed.

Dated August 28, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge