IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the following motions are DENIED for failure to comply with D.C.COLO.LCivR 7.1A:

(1)   **Plaintiffs the American Canine Foundation and Florence Vianzon's Motion Requesting Continuance or Denial of Summary Judgment By Defendant as Premature Under FRCP 56(f)** [Doc. # 64, filed 9/22/2007]; and

(2)   **Plaintiffs the American Canine Foundation and Florence Vianzon's Motion/Points and Authorities Requesting Deemed Admissions Be Withdrawn for Cause Under Federal Rule of Civil Procedure 36(b); Supporting Declarations** [Doc. # 69, filed 10/11/2007].

DATED:  October 23, 2007