IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with a final pretrial conference scheduled for November 6, 2007, at 8:30 a.m. I have reviewed the parties' competing proposed final pretrial orders, each of which indicates that the parties have failed to confer concerning the contents of the proposed order. In view of this development:

IT IS ORDERED that the final pretrial conference set for November 6, 2007, at 8:30 a.m.**,** is VACATED and RESET to **December 11, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall confer BY TELEPHONE on or before **November 16, 2007**, concerning the contents of a proposed final pretrial order, and shall submit a single proposed final pretrial order to the court on or before **December 4, 2007**. In the event the parties are not able to reach agreement on the content of a single form or proposed order,

they shall contact my chambers on or before **November 23, 2007**, to schedule a telephonic status conference to discuss the matter.

Dated October 31, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge