IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01510-WYD-BNB | Date: November 7, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, and FLORENCE VIANZON, | Carolyn Chan |
| Plaintiffs, | |
| v. | |
| CITY OF AURORA, | Dana Spade |
| | Teresa Kinney |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:   10:05 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs the American Canine Foundation and Florence Vianzon's amended motion/points and authorities requesting deemed admissions be withdrawn for cause under Federal Rule of Civil Procedure 36(b); supporting declarations, filed November 4, 2007;#77, is denied as stated on the record.**

Court in Recess   10:14 a.m.   Hearing concluded.

Total time in court:   00:09