IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiffs . . . Amended Motion . . . Requesting Deemed**

**Admissions Be Withdrawn for Cause [etc.]** [Doc. # 77, filed 11/4/2007] (the "Amended

Motion"). I held a hearing on the Amended Motion this morning and made rulings on the record,

which are incorporated here. The Amended Motion is DENIED for failure to comply with

D.C.COLO.LCivR7.1A.

The parties have repeatedly failed to meet their obligation to meaningfully confer, as

required by D.C.COLO.LCivR 7.1A. This is intolerable. There is some indication that they are

not conferring because of communications problems involving telephone service for plaintiffs'

counsel. This, similarly, is intolerable.

IT IS ORDERED that the Amended Motion is DENIED for failure to comply with

D.C.COLO.LCivR 7.1A.

IT IS FURTHER ORDERED that the parties are prohibited from filing any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless they first jointly contact my chambers and engage in a Rule 7.1A conference under my direction.  Any motion filed in violation of this requirement will be summarily denied.

IT IS FURTHER ORDERED that the parties shall establish a means of communication. Failure of the parties to establish a reasonable means to communicate with each other may result in the imposition of sanctions.

Dated November 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge