IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION, and
FLORENCE VIANZON,

Plaintiffs,

v.

CITY OF AURORA,

Defendant.
_____

# ORDER
_____

The parties appeared this morning for a final pretrial conference. Also pending at that time was **Plaintiffs The American Canine Foundatioin and Florence Vianzon's Third Amended Motion/Points and Authorities Requesting Deemed Admissions Be Withdrawn for Cause Under Federal Rule of Civil Procedure 36(b); Supporting Declarations** [Doc. # 82, filed 11/13/2007] (the "Motion"). I heard arguments on the Motion and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The deemed admissions are withdrawn and supplanted by the Plaintiffs' Response to Defendant's Requests for Admissions, Interrogatories and Request for Production of Documents dated approximately March 21, 2007.

IT IS FURTHER ORDERED that the proposed final pretrial order is REFUSED. The parties shall submit a revised proposed final pretrial order, on or before **December 28, 2007**, modified as discussed this morning.

Dated December 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge