IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01510-WYD-BNB

AMERICAN CANINE FOUNDATION; and
FLORENCE VIANZON,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs The American Canine Foundation and Florence Vianzon's Motion to File Brief Opposing Summary Judgment Out of Time for Good Cause (docket # 85) is **GRANTED**. Plaintiffs' Response to Defendant's Motion for Summary Judgment is due on or before **Thursday, December 27, 2007**. Defendant's reply is due **Monday, January 7, 2008**.

    Dated: December 11, 2007